IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

      Petitioner,

v.                                              No. 2:23-cv-809 KG/GJF

RONALD MARTINEZ, and
HECTOR BALDERAS, Attorney General
of the State of New Mexico,

      Respondents.

## FINAL JUDGMENT

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

      IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is DISMISSED without prejudice.

                    /s/_____
                    KENNETH J. GONZALES[1]
                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.